

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00368-CR

John Christopher **SPRINGALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC-5316
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 24, 2015.

_____
Karen Angelini, Justice